NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-14-0000456
30-NOV-2015
09:38 AM

NO. CAAP-14-0000456

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MICHELE LINCOLN, Plaintiff/Appellant-Appellant,
v.
LAND USE COMMISSION, STATE OF HAWAI'I; WEST MAUI LAND
COMPANY, INC., a domestic profit corporation;
KAHOMA RESIDENTIAL LLC, a domestic limited liability
Company; OFFICE OF PLANNING, STATE OF HAWAI'I; MAUI
PLANNING DEPARTMENT, COUNTY OF MAUI; WILLIAM SPENCE,
Director of Planning of the County of Maui;
and ROUTH BOLOMET, Defendants/Appellees-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 13-1-0528)

ORDER DENYING MOTION FOR RECONSIDERATION
(By:  Foley, Presiding J., Fujise and Reifurth, JJ.)

Upon consideration of "Plaintiff-Appellant/Appellant Michele Lincoln's Motion For Reconsideration" filed November 20, 2015, the memorandum/papers in support of the motion, and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED:  Honolulu, Hawai'i, November 30, 2015.

Presiding Judge

Associate Judge

Associate Judge